UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

5594995600

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

E-filing

FILED

AUG - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Clerk, Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102

C 07   4090   SBA (PR)
(PR)

RE:       MICHAEL JOHN SANTOS–WALTERS vs. LINDA DIAZ
USDC No.: 1:07–CV–01109–AWI–DLB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated August 02, 2007, transmitted herewith are the following documents.

**Electronic Documents: 1 to 5.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**August 2, 2007**        /s/ C. Esteves
_____
Deputy Clerk

RECEIVED BY:   JESSIE MOSLEY
_____
Please Print Name

DATE RECEIVED:   AUG - 9 2007
_____

NEW CASE
NUMBER:        _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOHN SANTOS-WALTERS      1:07-cv-01109-AWI-DLB (PC)

Plaintiff,

vs.      <u>ORDER TRANSFERRING CASE</u>

LINDA DIAZ, et al.,

Defendants.
_____/

     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

     The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

     In this case, none of the defendants reside in this district. The claim arose in Monterey County, which is in the Northern District of California. Therefore, plaintiff's claim should have been filed in the United States District Court for the Northern District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.


1 | See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

2 | Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated:   **August 1, 2007**          /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE

AUG-06-2007 Case 4:07-cv-04090-SBA   Document 1   Filed 08/09/2007   Page 4 of 5   P. 01
FAX NO.
Live 3.0.5 CM/ECF - U.S. District Court for Eastern California - Docket Report     Page 1 of 2

CLOSED, PRISONER_CIVIL_RIGHTS

# U.S. District Court
## Eastern District of California - Live System (Fresno)
### CIVIL DOCKET FOR CASE #: 1:07-cv-01109-AWI-DLB
### Internal Use Only

(PC) Santos-Walters v. Diaz et al
Assigned to: Judge Anthony W. Ishii
Referred to: Magistrate Judge Dennis L. Beck
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 07/30/2007
Date Terminated: 08/02/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Michael John Santos-Walters                represented by   Michael John Santos-Walters
                                                            K-20095
                                                            SVSP
                                                            PO Box 1050
                                                            Soledad, CA 93960
                                                            PRO SE

V.

**Defendant**

Doctor Linda Diaz
*Pain Management Doctor*

**Defendant**

Nguyen
*Doctor CTC Coordinator Manager*

**Defendant**

Dudley Lee
*Health Care Manager - Chief Medical Officer*

**Defendant**

MTA Gee
*MTA - LVN*

**Defendant**

Lovesia Bey
*Nurse Practitioner*

**Defendant**

D. Jeans

*Registered Nurse*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2007 | 1 | (1983) COMPLAINT against Linda Diaz, Nguyen, Dudley Lee, Gee, Lovesia Bey, D. Jeans by Michael John Santos-Walters. MAINTAINED IN PAPER. (Verduzco, M) (Entered: 08/01/2007) |
| 07/30/2007 | 2 | MOTION to PROCEED IN FORMA PAUPERIS by Michael John Santos-Walters. (Verduzco, M) (Entered: 08/01/2007) |
| 07/30/2007 | 3 | MOTION to APPOINT COUNSEL by Michael John Santos-Walters. (Verduzco, M) (Entered: 08/01/2007) |
| 08/01/2007 | 4 | PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms) (Verduzco, M) (Entered: 08/01/2007) |
| 08/01/2007 |  | SERVICE BY MAIL: 4 Prisoner New Case Documents for AW1 served on Michael John Santos-Walters. (Verduzco, M) (Entered: 08/01/2007) |
| 08/01/2007 |  | (Court only) ***STAFF NOTE: Case screened; Transfer order submitted to DLB/dm. (Verduzco, M) (Entered: 08/01/2007) |
| 08/02/2007 | 5 | ORDER, CASE TRANSFERRED to District of CA/Northern signed by Judge Dennis L. Beck on 08/01/2007. CASE CLOSED. (Esteves, C) (Entered: 08/02/2007) |
| 08/02/2007 | 6 | TRANSMITTAL of DOCUMENTS on *8/2/2007* to *Clerk, Northern District of California* *450 Golden Gate Avenue, 16th Floor* *San Francisco, California 94102*. ** *Electronic Documents: 1 to 5. *. (Esteves, C) (Entered: 08/02/2007) |
| 08/02/2007 |  | SERVICE BY MAIL: 5 Order, Case Transferred Out to Northern District served on Michael John Santos-Walters. (Esteves, C) (Entered: 08/02/2007) |