**United States District Court**
For the Northern District of California

| | |
|---|---|
| MICHAEL JOHN SANTOS-WALTERS | NO. CV 07-04090 SBA |
| Plaintiff, | **TRANSFER IN DOCUMENTS** |
| v. | |
| DR. DIAZ, et al. | |
| Defendant, / | |

## MANUAL FILING NOTIFICATION

Regarding TRANSMITTAL OF DOCUMENTS from the U.S. District Court, Eastern District of CA (Fresno).

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[X] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
   _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
   _____

Dated: August 10, 2007                    ___/s/___
                                          Jessie Mosley
                                          Deputy Clerk