E-filing

FILED
07 AUG -9 PM 12:07
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 30 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

M J. WALTERS

　　　　　Plaintiff,

vs.

DR. DIAZ - DR. LEE - DR. NGUYEN, MTA -
GARLLARDO
　　　　　Defendant

CASE NO. 1:07-CV-1109 AWI DLB (PC)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

C 07 4090 SBA (PR)

I, M. WALTERS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0　　　　　　　　　　Net: N/A

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Prison kitchen Ø pay.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No X

    b. Income from stocks, bonds, or royalties?      Yes ___ No X

    c. Rent payments?      Yes ___ No X

    d. Pensions, annuities, or life insurance payments?      Yes ___ No X

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married?      Yes ___ No X
Spouse's Full Name: N/A
Spouse's Place of Employment: N/A
Spouse's Monthly Salary, Wages or Income:
Gross $ 0      Net $ 0

4.     a. List amount you contribute to your spouse's support: $ ___

PRIS. APP. TO PROC. IN FORMA PAUPERIS      -2-

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home?    Yes ___ No X
Estimated Market Value: $ 0    Amount of Mortgage: $ 0

6. Do you own an automobile?    Yes ___ No X
Make N/A    Year 0    Model 0
Is it financed? Yes N/A No 0    If so, Total due: $ 0
Monthly Payment: $ 0

7. Do you have a bank account? Yes ___ No X (Do not include account numbers.)
Name(s) and address(es) of bank: N/A

Present balance(s): $ N/A 0

Do you own any cash? Yes ___ No X Amount: $ ___

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No X

8. What are your monthly expenses?
Rent: $ 0    Utilities: 0
Food: $ 0    Clothing: 0
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 0 | $ | $ |
|  | $ | $ |
|  | $ | $ |

9. Do

1 you have any other debts? (List current obligations, indicating amounts and to whom they are
2 payable. Do <u>not</u> include account numbers.)
3 ~~Ø~~
4 _____

5 10.    Does the complaint which you are seeking to file raise claims that have been presented
6 in other lawsuits?   Yes___   No _X_
7 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 which they were filed.
9 ~~N/A~~  07-15002 v.s. court of Appeal
10 NINTH circuit.
11    I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16    7-22-07                          [signature]
17    DATE                             SIGNATURE OF APPLICANT.

1
2                                              Case Number: _____
3
4
5
6
7
8                              CERTIFICATE OF FUNDS
9                                         IN
10                             PRISONER'S ACCOUNT
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _____0_____ for the last six months
14   at SALINAS VALLEY STATE PRISON
15   M.J. SANTOS WALTERS        [prisoner name]
16   _____ where (s)he is confined.
17       [name of institution] SALINAS VALLEY STATE PRISON
18       I further certify that the average deposits each month to this prisoner's account for the
19   most recent 6-month period were $_____ and the average balance in the prisoner's
20   account each month for the most recent 6-month period was $_____.
21
22   Dated:_____                    _____
23                                       [Authorized officer of the institution]
24
25
26
27
28

-5-

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SANTOS_WALTERS #K_20095<br><br>PRISONER-PLAINTIFF,<br><br>V.<br><br>DR. DIAZ, DR. LEE, DR NGUYEN, MIA GENE, MEDICAL<br>DEFENDANT/RESPONDENT. | CASE NUMBER<br><br>DECLARATION<br>IN SUPPORT OF REQUEST<br>TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FULL FILING FEE |

1. Are you presently employed in prison?   ☒ Yes  ☐ No

   If yes, a) state the number of hours you work per week and the hourly rate of pay: 0800-1200 1230-1500 Hrs

   b) state the place of your incarceration SALINAS VALLEY STATE PRISON

   31625 HWY 101, P.O. BOX 1050 "A"4-116 lower, SOLEDAD, CA 93960-1050

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment?    ☐ Yes   ☒ No
   b. Rent payments, interest or dividends?               ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments?    ☐ Yes   ☒ No
   d. Gifts or inheritances?                              ☐ Yes   ☒ No
   e. Any other income (other than listed above)?        ☐ Yes   ☒ No
   f. Loans?                                              ☐ Yes   ☒ No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each during the past twelve months: N/A

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)   ☐ Yes   ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the six (6) months prior to the date of this declaration. N/A