**FILED**

AUG 1 0 2007

**AUG 2 4 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C07-4090 SBA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael J. Santos-Walters

        Plaintiff,

vs.

Linda Diaz, et.al    Defendant.

CASE NO. 1:07-CV-01109-AWI-DLB

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: n/a       Net: n/a

Employer: n/a

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

6-5-07 DIDN't Get PAID AS A DINNING Worker

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No X

    b. Income from stocks, bonds, or royalties?      Yes ___ No √

    c. Rent payments?      Yes ___ No Y

    d. Pensions, annuities, or life insurance payments?      Yes ___ No X

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No Y

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

n/A

3. Are you married?      Yes ___ No X

Spouse's Full Name: n/A

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:
Gross $ N/A      Net $ ll

4.   a. List amount you contribute to your spouse's support: $ N/A

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home?   Yes ___ No X

Estimated Market Value: $ // _____  Amount of Mortgage: $ //

6. Do you own an automobile?   Yes ___ No ___

Make  N/A   Year  //   Model  //

Is it financed? Yes N/A   No  //   If so, Total due: $ //

Monthly Payment: $ //

7. Do you have a bank account?  Yes ___ No X  (Do not include account numbers.)

Name(s) and address(es) of bank: //

Present balance(s): $ //

Do you own any cash?  Yes ___ No X  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No X

8. What are your monthly expenses?

Rent: $  N/A   Utilities:  //
Food: $  N/A   Clothing:  //

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

n/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

CV-04-05248-AWI   Fresno, CA

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8/15/07

DATE                          SIGNATURE OF APPLICANT

1
2                                              Case Number: _____
3
4
5
6
7
8
9                              CERTIFICATE OF FUNDS
10                                       IN
11                              PRISONER'S ACCOUNT
12
13      I certify that attached hereto is a true and correct copy of the prisoner's trust account
14  statement showing transactions of _Walter, Michael  K20095_ for the last six months
15  at
16  SALINAS VALLEY STATE PRISON
    ACCOUNTING DEPARTMENT                    [prisoner name]
    P.O. BOX 1020
17  SOLEDAD, CA 93960-1020
    _____ where (s)he is confined.
18       [name of institution]
19      I further certify that the average deposits each month to this prisoner's account for the
20  most recent 6-month period were $ ____0____ and the average balance in the prisoner's
21  account each month for the most recent 6-month period was $___0____.
22
23  Dated: _8-22-07_                          _K. McCormack_
24                                            [Authorized officer of the institution]
25
26
27
28

- 5 -

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                              _____
                                              [Authorized officer of the institution]

```
REPORT ID: TS3030                                           REPORT DATE: 08/22/07
                                                            PAGE NO:           1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                          SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: FEB. 01, 2007 THRU AUG. 22, 2007

ACCOUNT NUMBER  : K20095
ACCOUNT NAME    : WALTERS, MICHAEL JOHN SANTO     BED/CELL NUMBER: FDB2T1000000107L
PRIVILEGE GROUP : D                               ACCOUNT TYPE: I

                            TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT
    DATE        HOLD
   PLACED       CODE        DESCRIPTION              COMMENT         HOLD AMOUNT
   ------       ----        -----------              -------         -----------
  03/16/2006    H107   POSTAGE HOLD                2352 PPOST           10.00
  05/23/2006    H107   POSTAGE HOLD                3027 PPOST            2.07
  09/01/2006    H107   POSTAGE HOLD                0672 PPOST           23.85
  07/26/2007    H109   LEGAL POSTAGE HOLD          0317 LPOST            5.05
  08/01/2007    H118   LEGAL COPIES HOLD           0366 LCOPY           30.00
  08/02/2007    H118   LEGAL COPIES HOLD           0398 LCOPY            6.00
  08/13/2007    H109   LEGAL POSTAGE HOLD          0496 LPOST            0.97
  08/13/2007    H109   LEGAL POSTAGE HOLD          0496 LPOST            1.14
  08/14/2007    H118   LEGAL COPIES HOLD           0513 LCOPY            4.50
  08/14/2007    H109   LEGAL POSTAGE HOLD          0513 ENVEL            0.90
  08/17/2007    H118   LEGAL COPIES HOLD           0548 LCOPY           37.50

                            TRUST ACCOUNT SUMMARY
  BEGINNING      TOTAL        TOTAL        CURRENT       HOLDS       TRANSACTIONS
   BALANCE      DEPOSITS    WITHDRAWALS    BALANCE      BALANCE      TO BE POSTED
  ---------    ---------    -----------    -------      -------      ------------
    0.00         0.00          0.00          0.00        121.98         0.00


                                                                    CURRENT
                                                                   AVAILABLE
                                                                    BALANCE
                                                                   ---------
                                                                    121.98-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 8-22-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ SVSP
TRUST OFFICE