IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOHN SANTOS-WALTERS,

    Plaintiff,

  v.

DR. LINDA DIAZ, et al.,

    Defendants.

No. C 07-04090 SBA (PR)

**ORDER GRANTING**
***IN FORMA PAUPERIS* STATUS**

    Plaintiff's application for in forma pauperis status is GRANTED.  The total filing fee due is $350.00.  The initial partial filing fee due for Plaintiff at this time is $0.00.  A copy of this Order and the attached instruction sheet will be sent to Plaintiff, the Prison Account Trust Office and the Court's Financial Office.

    The Court will review Plaintiff's complaint in a separate written Order.

    IT IS SO ORDERED.

DATED: 1/31/08

                                             SAUNDRA BROWN ARMSTRONG
                                             United States District Judge

P:\PRO-SE\SBA\CR.07\Walters090.IfpGrant.frm

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action <u>in forma pauperis</u> in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

    The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

    Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting <u>in forma pauperis</u> and these instructions.

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:    Plaintiff/Petitioner
       Finance Office

P:\PRO-SE\SBA\CR.07\Walters090.IfpGrant.frm    2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN SANTOS-WALTERS,<br><br>   Plaintiff,<br><br> v.<br><br>DR. DIAZ et al,<br><br>   Defendant. | Case Number: CV07-04090 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

PRISON ACCOUNT TRUST OFFICE
SALINAS VALLEY STATE PRISON
P.O. BOX 1020
SOLEDAD, CA 93960-1020


Michael John Santos-Walters K20095
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: January 31, 2008

               Richard W. Wieking, Clerk
               By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Walters090.IfpGrant.frm       3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN SANTOS-WALTERS,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. LINDA DIAZ, et al.,<br><br>    Defendants.                           / | No. C 07-04090 SBA (PR)<br><br>**ORDER GRANTING**<br>***IN FORMA PAUPERIS* STATUS** |

    Plaintiff's application for in forma pauperis status is GRANTED. The total filing fee due is $350.00. The initial partial filing fee due for Plaintiff at this time is $0.00. A copy of this Order and the attached instruction sheet will be sent to Plaintiff, the Prison Account Trust Office and the Court's Financial Office.

    The Court will review Plaintiff's complaint in a separate written Order.

    IT IS SO ORDERED.

DATED: 1/31/08

                                                          SAUNDRA BROWN ARMSTRONG
                                                          United States District Judge

P:\PRO-SE\SBA\CR.07\Walters090.IfpGrant.frm

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action <u>in forma pauperis</u> in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

    The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

    Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting <u>in forma pauperis</u> and these instructions.

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:    Plaintiff/Petitioner
        Finance Office

P:\PRO-SE\SBA\CR.07\Walters090.IfpGrant.frm    2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOHN SANTOS-WALTERS,

        Plaintiff,

  v.

DR. DIAZ et al,

        Defendant.

Case Number: CV07-04090 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

PRISON ACCOUNT TRUST OFFICE
SALINAS VALLEY STATE PRISON
P.O. BOX 1020
SOLEDAD, CA 93960-1020


Michael John Santos-Walters K20095
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: January 31, 2008

                      Richard W. Wieking, Clerk
                      By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Walters090.IfpGrant.frm         3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOHN SANTOS-WALTERS,

      Plaintiff,

  v.

DR. LINDA DIAZ, et al.,

      Defendants.

No. C 07-04090 SBA (PR)

**ORDER GRANTING**
***IN FORMA PAUPERIS* STATUS**

    Plaintiff's application for in forma pauperis status is GRANTED. The total filing fee due is $350.00. The initial partial filing fee due for Plaintiff at this time is $0.00. A copy of this Order and the attached instruction sheet will be sent to Plaintiff, the Prison Account Trust Office and the Court's Financial Office.

    The Court will review Plaintiff's complaint in a separate written Order.

    IT IS SO ORDERED.

DATED: 1/31/08

                                SAUNDRA BROWN ARMSTRONG
                                United States District Judge

P:\PRO-SE\SBA\CR.07\Walters090.IfpGrant.frm

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action in forma pauperis in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

    The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

    Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting in forma pauperis and these instructions.

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:    Plaintiff/Petitioner
        Finance Office

P:\PRO-SE\SBA\CR.07\Walters090.IfpGrant.frm    2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOHN SANTOS-WALTERS,

        Plaintiff,

  v.

DR. DIAZ et al,

        Defendant.

Case Number: CV07-04090 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

PRISON ACCOUNT TRUST OFFICE
SALINAS VALLEY STATE PRISON
P.O. BOX 1020
SOLEDAD, CA 93960-1020


Michael John Santos-Walters K20095
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: January 31, 2008

                            Richard W. Wieking, Clerk
                            By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California